1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10

11    CALVIN MALONE, GEORGE O.                    CASE NO. 19-5574 RJB-JRC
      MITCHELL, JOHATHAN PARSONS,
      RICHARD JACKSON, and JAMES                  ORDER ON REPORT AND
12    TURNER,                                      RECOMMENDATION

13                          Plaintiffs,

           v.
14
      ROBERT W. FERGUSON, Attorney
15    General of Washington, et. al.,

16                          Defendants.

17

           THIS MATTER comes before the Court on the Report and Recommendation of U.S.

18
      Magistrate Judge J. Richard Creatura.  Dkt. 13.  The Court has considered the Report and

19
      Recommendation, objections, and the remaining record.

20
           The Plaintiffs, *pro se* civil detainees at the Special Commitment Center ("SCC"), filed

21
      this putative class action on June 24, 2019.  Dkt. 1.  They allege that the Defendants have

22
      violated Washington's Minimum Wage Act, RCW 49.46.010, *et. seq*., the federal Fair Labor

23
      Standards Act, 29 U.C.S. § 206*, et. seq*., were unjustly enriched, and violated the Plaintiffs'

24

constitutional rights when the Defendants failed to pay the Plaintiffs minimum wage for work performed and for Defendants' failure to provide "appropriate working gear." Dkt. 11. After paying the filing fee, the Plaintiffs were ordered to indicate to the Court whether they sought the appointment of counsel. Dkt. 10. The Plaintiffs did not respond. The Plaintiffs filed a motion for class certification instead. Dkt. 12.

On October 30, 2019, the Report and Recommendation was filed, recommending that the motion for class certification (Dkt. 12) be denied without prejudice. Dkt. 13. The Plaintiffs filed objections, asserting that they now wish to apply for class counsel. Dkt. 14. They do not directly address whether the Report and Recommendation (Dkt. 13) should be adopted.

The Report and Recommendation (Dkt. 13) should be adopted and the Plaintiffs' motion for class certification (Dkt. 12) should be denied without prejudice. The case should be re-referred to Magistrate Judge Creatura for consideration of the Plaintiff's motion for appointment of class counsel (Dkt. 14) and for further proceedings consistent with this order.

**IT IS ORDERED:**

- The Report and Recommendation (Dkt. 13) **IS ADOPTED;**

- The Plaintiffs' motion for class certification (Dkt. 12) **IS DENIED WITHOUT PREJUDICE**; and

- The case **IS RE-REFERRED** to Magistrate Judge Creatura for consideration of the Plaintiffs' motion for appointment of class counsel (Dkt. 14) and for further proceedings consistent with this order.

The Clerk is directed to send uncertified copies of this Order to Magistrate Judge Creatura, all counsel of record, and to any party appearing *pro se* at said party's last known address.

Dated this 18th day of November, 2019.

ROBERT J. BRYAN
United States District Judge